1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KNOBLAUCH

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )   No. CR 08-0656 DLJ
12                Plaintiff,         )
                                     )
13                                   )   STIPULATION AND
        v.                           )   ORDER CONTINUING SENTENCING
14                                   )   DATE
                                     )
15 WILLIAM KNOBLAUCH,                )
                                     )
16                                   )
              Defendant.             )
17                                   )

18

19     IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing

20 date in this case, currently scheduled for Friday, February 20, 2009, at 10:00 a.m. before Honorable

21 D. Lowell Jensen, may be continued to Friday, March 20, 2009, at 10:00 a.m. for sentencing. The

22 reason for the request is that defense counsel will be out of the country from February 13, 2009

23 through February 23, 2009 and would like additional time to file the sentencing memorandum and be

24 present for sentencing. In addition, government counsel is in trial during the week of March 6, 2009

25

26

*U S v. William Knoblauch,* CR 08-00656 DLJ
Stip. Continuing Sentencing               - 1 -

and would like time to file a sentencing memorandum after the completion of the trial.  United States Probation officer Constance Cook, who is preparing the presentence report, has been notified and has no objection to the proposed continuance.

DATED: January 14, 2009          /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 14, 2009          /s/
CHINHAYI COLEMAN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, February 20, 2009, before Honorable D. Lowell Jensen, may be continued to Friday, March 20, 2009, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED:   1/20/09
HONORABLE D. LOWELL JENSEN
United States District Judge