1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant KNOBLAUCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0656 DLJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING DATE** |
| | ) | |
| WILLIAM KNOBLAUCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, March 20, 2009, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Monday, March 23, 2009, at 11:00 a.m. for sentencing.  The reason for the request is that the probation officer is unavailable on Friday, March 20, 2009.  In addition, should the Court continue the matter to March 23, 2009, it will allow counsel additional time to file the sentencing memorandum one week prior to sentencing.  United States Probation

officer Constance Cook has been notified and has no objection to the proposed continuance. She is unavailable on March 20, 2009 but will be available should the Court continue the matter to March 23, 2009 at 11:00 a.m.

DATED: March 13, 2009            /s/
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender

DATED: March 13, 2009            /s/
                                 CHINHAYI COLEMAN
                                 Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, March 20, 2009, before Honorable D. Lowell Jensen, may be continued to Monday, March 23, 2009, at 11:00 a.m. for sentencing.

SO ORDERED.

DATED: March 16, 2009            _____
                                 HONORABLE D. LOWELL JENSEN
                                 United States District Judge